AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| STEVE AND EILEEN NGUYEN<br><br>*Plaintiff(s)*<br>v.<br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST NATIONAL BANK; KIGLAPAIT HOSPITAL CORPORATION; LOUISIANA TEXAS HEALTHCARE MANAGEMENT, LLC et al<br>*Defendant(s)* | Civil Action No. 1:13-CV-668 (RC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Duane Rossmann
5500 39th Street
Groves, Texas 77619

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alton J. Hall, Jr.
Adams & Reese
1221 McKinney, Suite 4400
Houston, Texas 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/26/2017

CLERK OF COURT

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| STEVE AND EILEEN NGUYEN <br><br> *Plaintiff(s)* <br> v. <br> FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST NATIONAL BANK; KIGLAPAIT HOSPITAL CORPORATION; LOUISIANA TEXAS HEALTHCARE MANAGEMENT, LLC et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:13-CV-668 (RC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jim Jenkins
16 Pastoral Pond Circle
The Woodlands, Texas 77380

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alton J. Hall, Jr.
Adams & Reese
1221 McKinney, Suite 4400
Houston, Texas 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/26/2017

David A. O'Poole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| STEVE AND EILEEN NGUYEN <br><br> *Plaintiff(s)* <br> v. <br> FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST NATIONAL BANK; KIGLAPAIT HOSPITAL CORPORATION; LOUISIANA TEXAS HEALTHCARE MANAGEMENT, LLC et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:13-CV-668 (RC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Saul Ortega
3710 Kiskadee
Edinburg, Texas 78539

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alton J. Hall, Jr.
Adams & Reese
1221 McKinney, Suite 4400
Houston, Texas 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/26/2017

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

STEVE AND EILEEN NGUYEN )
)
)
)
)
Plaintiff(s) )
v. )  Civil Action No. 1:13-CV-668 (RC)
)
FEDERAL DEPOSIT INSURANCE CORPORATION, )
AS RECEIVER FOR FIRST NATIONAL BANK; )
KIGLAPAIT HOSPITAL CORPORATION; LOUISIANA )
TEXAS HEALTHCARE MANAGEMENT, LLC et al )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tamara Yollick (formerly known as Tamara Drake)
6110 FM 1488 Road
Magnolia, Texas 77354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alton J. Hall, Jr.
Adams & Reese
1221 McKinney, Suite 4400
Houston, Texas 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

David A. O'Toole

Date:  04/26/2017

*Signature of Clerk or Deputy Clerk*